UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS IVAN LLERA-PLAZA | : | |
| | : | |
| v. | : | No. 2:98-cr-00362-10 |
| | : | |
| UNITED STATES OF AMERICA | : | |

# **O R D E R**

**AND NOW**, this 8th day of June, 2021, upon consideration of Llera-Plaza's motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* ECF Nos. 1238, 1256; the Government's oppositions thereto, *see* ECF Nos. 1246, 1257; and all exhibits and briefing on the motions, *see* ECF Nos. 1240, 1247, 1250-1255, **IT IS HEREBY ORDERED THAT:**

1. The motions for compassionate release, ECF Nos. 1238 and 1256, are **DENIED.**

2. Llera-Plaza's motion for extension of time to reply to the Government's opposition brief, ECF No. 1252, is **DENIED as moot**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] After seeking an extension of time to file a reply, Llera-Plaza made several subsequent submissions, all of which the Court considered in rendering its decision.