IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | No. 2:98-cr-00362-10 |
| : | No. 2:19-cv-04145 |
| CARLOS IVAN LLERA-PLAZA, : | |
| Defendant/Petitioner : | |

# **O R D E R**

**AND NOW**, this 6th day of June, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, ECF No. 1226, is **GRANTED in part and DENIED in part** as follows:

    A. The conviction on Count 28, only, is **VACATED**.

    B. The sentence on Count 31 is **REDUCED** to five (5) years imprisonment, to run consecutive to all other counts.

2. There is no basis for a certificate of appealability.

3. The Clerk of Court shall **CLOSE** Case Nos. 2:98-cr-00362-10 and 2:19-cv-04145.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge